1 | BART H. WILLIAMS (State Bar No. 134009)
bart.williams@mto.com
2 | DANIEL P. COLLINS (State Bar No. 139164)
daniel.collins@mto.com
3 | AMELIA SARGENT (State Bar No. 280243)
amelia.sargent@mto.com
4 | MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
5 | Los Angeles, California  90071-1560
Telephone:   (213) 683-9100
6 | Facsimile:    (213) 687-3702

7 | JOSHUA PATASHNIK (State Bar No. 295120)
joshua.patashnik@mto.com
8 | MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
9 | San Francisco, California  94105-2907
Telephone:   (415) 512-4000
10 | Facsimile:    (415) 512-4077

11 | Attorneys for Defendants WELLS FARGO & CO.
and WELLS FARGO BANK, N.A.
12 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & CO., and WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No. CV-14-09751-ODW(RZx)<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>[Memorandum of Points and Authorities; Declaration of Daniel P. Collins and Exhibits Thereto; and Proposed Order Filed Concurrently Herewith]<br><br>Judge: Hon. Otis D. Wright II<br>Date:  March 23, 2015<br>Time:  1:30 PM<br>Ctrm.: #11, 312 N. Spring St. |

DEFENDANTS' NOTICE OF MOTION & MOTION TO DISMISS

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on Monday, March 23, 2015, at 1:30 p.m., or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Otis D. Wright II (Courtroom 11) of the above-entitled Court, located at 312 North Spring Street, Los Angeles, California, Defendants Wells Fargo & Co. and Wells Fargo Bank, N.A. ("Defendants") will and hereby do move the Court to dismiss the Complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for failure to state a claim upon which relief may be granted.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place February 2, 2015.

This Motion to Dismiss is based upon this Notice of Motion and Motion; the concurrently filed Memorandum of Points and Authorities in support of Defendants' Motion to Dismiss; the Declaration of Daniel P. Collins and Exhibits thereto filed in support of Defendants' Motion to Dismiss; the files and records in this action; such additional authority and argument as may be presented in any Reply and at the hearing on this Motion; and such other matters of which this Court may take judicial notice.

DATED: February 10, 2015          Respectfully submitted,

                                  MUNGER, TOLLES & OLSON LLP

                                  By: /s/ *Daniel P. Collins*
                                  Daniel P. Collins
                                  Attorneys for Defendants WELLS FARGO & CO. and WELLS FARGO BANK, N.A.

- 1 -
DEFENDANTS' NOTICE OF MOTION & MOTION TO DISMISS